IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT PERALES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-2224 |
| | § | |
| SFM, LLC, RON HAAS, and STEPHEN, QUIROZ | § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On May 31, 2018, Robert Perales, representing himself, sued SFM, LLC, Ron Haas, and Stephen Quiroz in Texas state court. (Docket Entry No. 1-1). The defendants removed on June 29, 2018. (Docket Entry No. 1). On July 5, 2018, the defendants moved to dismiss the case and to compel arbitration consistent with an arbitration agreement between the parties. (Docket Entry No. 3). Perales did not respond. On August 24, 2018, the court held an initial conference. Perales did not appear and did not notify the court of any inability to do so. This action is dismissed without prejudice in favor of arbitration pursuant to the parties' agreement.

SIGNED on August 27, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge